UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON GRIFFITH,<br><br>        Plaintiff,<br><br>-against-<br><br>DEPUTY WARDEN FOO, et al.,<br><br>        Defendants. | 1:21-CV-0386 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  By order dated March 4, 2021, the Court dismissed Plaintiff's claims against AMKC Rikers Island and Harts Island for failure to state a claim on which relief may be granted. The Court also granted Plaintiff leave to file an amended complaint within sixty days of the date of that order. The order specified that failure to comply would result in the Court dismissing Plaintiff's remaining claims under federal law for failure to state a claim on which relief may be granted, as well as the Court declining to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 7, 2021
     New York, New York

                           /s/ Louis L. Stanton
                            Louis L. Stanton
                             U.S.D.J.