UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON GRIFFITH,<br><br>                          Plaintiff,<br><br>-against-<br><br>DEPUTY WARDEN FOO, et al.,<br><br>                         Defendants. | 1:21-CV-0386 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued June 7, 2021, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that is action is dismissed. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  June 7, 2021
           New York, New York

                                                        Louis L. Stanton
                                                           U.S.D.J.